## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

LEONARD E. SCHEUER,

        Plaintiff,

V.

SCHNEIDERMAN & SHERMAN,
P.C.,

        Defendant.

Case No. 2:14-cv-13903
Hon. Arthur J. Tarnow
Magistrate Judge David R. Grand

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, stipulate and agree, that the above-captioned action be dismissed with prejudice. The parties further agree that each side shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

s/Arthur J. Tarnow
Hon. Arthur J. Tarnow

Entered: March 13, 2015

Stipulated and Agreed: March 12, 2015

/s/ Brian P. Parker (w/ consent)
Brian P. Parker (P48617)
LAW OFFICES OF BRIAN P. PARKER, P.C.
2000 Town Center, Suite #1900
Southfield, MI 48075
T: (248) 642-6268
F: (248) 659-1733
brianparker@collectionstopper.com

/s/ Charity A. Olson
Charity A. Olson (P68295)
OLSON LAW GROUP
2723 S. State St., Suite 150
Ann Arbor, MI 48104
T: (734) 222-5179
F: (866) 941-8712
colson@olsonlawpc.com

2